THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES COUNT, Defendant-Appellant.

(No. 56869; )

First District—May 18, 1972.

*Rehearing denied June 8, 1972.*

Opinion by Mr. JUSTICE McNAMARA.

Philip M. Basvic, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and Nicholas A. DeJohn, Assistant State's Attorneys, of counsel,) for the People.

LEONA BRZEZINSKI, as Admr. of Estate of Jerome Brzezinski, Deceased, Plaintiff-Appellee, *v.* STANLEY GAJDA, d/b/a GAJDA'S SHADY LANE LOUNGE, Defendant-Appellant.

(No. 55502; )

First District—May 10, 1972.